JOHN C. RUST, Appellant, *v.* CHARLES HAUSELT, Impleaded, etc., Respondent.

(Argued June 1, 1880; decided June 8, 1880.)

*John H. Bergen* for appellant.

*Lewis Sanders* for respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

JOHN C. CROKER, Appellant, *v.* JOHN ROACH, Respondent.

(Argued June 1, 1880 ; decided June 8, 1880.)

*H. F. Hatch* for appellant.

*George W. Van Sicklen* for respondent.

Agree to affirm order.   No opinion.
All concur.
Order affirmed.

---

ANDREW HOOD et al., Respondents, *v.* FREDERICK HOOD et al., Appellants.

(Argued June 1, 1880 ; decided June 15, 1880.)

*John J. Macklin* for motion.

*A. C. Thomas* opposed.

Agree to deny motion to dismiss appeal.   No opinion.
All concur.
Motion denied.